# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**1450**

**CA 11-01138**

PRESENT: SMITH, J.P., FAHEY, PERADOTTO, CARNI, AND SCONIERS, JJ.

---

CLAY LANGENSIEPEN, PLAINTIFF-APPELLANT,

V                                                                    ORDER

DAVID KRUML, DEFENDANT-RESPONDENT.
(APPEAL NO. 1.)

---

LAW OFFICE OF JACOB P. WELCH, CORNING (ANNA CZARPLES OF COUNSEL), FOR PLAINTIFF-APPELLANT.

LEVENE GOULDIN & THOMPSON, LLP, VESTAL (SARAH E. NUFFER OF COUNSEL), FOR DEFENDANT-RESPONDENT.

--------------------------------------------------------------------------------------------------------

Appeal from an order of the Supreme Court, Steuben County (Peter C. Bradstreet, A.J.), entered February 23, 2011. The order denied the amended motion of plaintiff for partial summary judgment, granted the cross motion of defendant for summary judgment and dismissed the complaint.

It is hereby ORDERED that said appeal is unanimously dismissed without costs (*see Hughes v Nussbaumer, Clarke & Velzy*, 140 AD2d 988; *Chase Manhattan Bank, N.A. v Roberts & Roberts*, 63 AD2d 566, 567; *see also* CPLR 5501 [a] [1]).

Entered: February 17, 2012                          Frances E. Cafarell
                                                    Clerk of the Court